# United States District Court
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| **JOHAN ANDRES RAMIREZ-IBANEZ,** | § § § § | |
| Plaintiff, | | |
| v. | § § § § § § § | **ACTION NO. 4:18-CV-325** <br> **JUDGE MAZZANT/JUDGE JOHNSON** |
| **UNITED STATES OF AMERICA,** | | |
| Defendants. | | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On May 23, 2019, the Magistrate Judge entered proposed findings of fact and recommendations (Dkt. #6) that this matter, filed by Johan Andres Ramirez-Ibanez ("Plaintiff"), be dismissed without prejudice for want of prosecution. An acknowledgment of receipt was filed, indicating Plaintiff received a copy of the Report and Recommendation on June 3, 2019. *See* Dkt. #7.

Having received the Report of the United States Magistrate Judge, and no objections thereto having been timely filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court. Therefore, Plaintiffs' claims are hereby **DISMISSED WITHOUT PREJUDICE** for want of prosecution. The matter is closed on the Court's docket, and all costs shall be borne by the party incurring same.

    **IT IS SO ORDERED**.
    SIGNED this 21st day of June, 2019.

AMOS L. MAZZANT